IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Jamie M. Hysell,

    Plaintiff,

    v.                      Case No. 2:14-cv-2348

Commissioner of
Social Security,

    Defendant.

ORDER

This matter is before the court for consideration of the January 13, 2017, report and recommendation of the magistrate judge to whom this case was referred pursuant to 28 U.S.C. §636(b). The magistrate judge recommended that the plaintiff's motion for attorney fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412, to which the Commissioner did not respond, be granted.

The report and recommendation specifically advised the parties that failure to object to the report and recommendation within fourteen days of the report would "result in a waiver of the right to have the district judge review the Report and Recommendation de novo, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation." Doc. 30, p. 4. The time for filing objections has expired, and no objections have been filed.

The court adopts the report and recommendation of the magistrate judge (Doc. 30). Plaintiff's motion for attorney fees under the EAJA (Doc. 23), as supplemented (Doc. 27), is granted. Plaintiff is awarded attorney fees in the amount of $5,404.75, to

be paid to counsel for plaintiff unless there is an offsetting debt owed to the United States.

Date: February 2, 2017                  s/James L. Graham
                                   James L. Graham
                                   United States District Judge